E-FILED
Wednesday, 28 October, 2020  01:00:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 20-cr-20042-05 |
| GUADALUPE C. MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES OF AMERICA'S RESPONSE TO
DEFENDANT'S MOTION TO CONTINUE**

The United States of America, by and through John C. Milhiser, United States Attorney for the Central District of Illinois, and Rachel E. Ritzer, Assistant United States Attorney, respectfully submits the following response to Guadalupe C. Morales' motion to continue trial (R. 52).

1.     On July 7, 2020, a federal grand jury charged the defendant, Guadalupe Cerecero Morales, with conspiracy to distribute methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. R. 1. The indictment alleges the defendant knowingly conspired and agreed with co-conspirators named and unnamed to distribute methamphetamine (actual) within the Central District of Illinois. *Id.*

2.     The defendant was ultimately arrested on October 21, 2020. The defendant was arraigned on the charge on October 23, 2020, and was ordered to be detained pending trial in this cause. d/e 10/23/2020; R. 51.

3.     On October 27, 2020, the defendant filed a motion to continue the pretrial hearing and jury trial scheduled in this case. R. 52. In support thereof, the defendant advised additional time was needed to prepare the matter for disposition or trial. *Id.* at 1.

4.     Following discussion with defense counsel, Alfred Ivy, on October 28, 2020, undersigned counsel has learned that the defendant is requesting a thirty (30) day continuance of the trial in this cause.

5.     The United States has no objection to a continuance of this cause.

Respectfully submitted,

JOHN C. MILHISER
United States Attorney

By:     s/ *Rachel E Ritzer*
        Rachel E. Ritzer
        Assistant U.S. Attorney
        Office of the United States Attorney
        Central District of Illinois
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        *Tel*. (217) 373-5875

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2020, I caused the foregoing to be filed with the Clerk of the Court, which will provide service to attorney of record through the ECF/PACER system.

 */s/  Rachel E. Ritzer*
Rachel E. Ritzer
Assistant U.S. Attorney